UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
ALAN HOPKINS, derivatively on behalf of )
HQ SUSTAINABLE MARITIME ) No. C11-0910RSL
INDUSTRIES, INC. )
)
                Plaintiff, )
    v. )
)
NORBERT SPORNS, *et al.*, )
)
                Defendants. )
_____)
)
GENE NIKSICH, derivatively on behalf of )
HQ SUSTAINABLE MARITIME ) No. C11-1005RSL
INDUSTRIES, INC. )
)
                Plaintiff, )
    v. )
)
NORBERT SPORNS, *et al.*, )
)
                Defendants. )
_____)
)
FARIDA CORKERY-SMITH, derivatively on )
behalf of HQ SUSTAINABLE MARITIME ) No. C11-1030RSL
INDUSTRIES, INC. )
)
                Plaintiff, )
    v. )
) ORDER TO SHOW CAUSE
NORBERT SPORNS, *et al.*, )
)
                Defendants. )
_____)

        This matter comes before the Court *sua sponte*. On July 22, 2011, plaintiffs in the

ORDER TO SHOW CAUSE

1 above-captioned matters filed a "Motion to Consolidate Related Actions and Appoint Lead
2 Plaintiff and Counsel" which, taken as a whole, exceeds 50 pages in length. As of this date, a
3 courtesy copy of these documents has not been provided for chambers.

4     Plaintiffs are hereby ORDERED to show cause, within five days of the date of this
5 Order, why they should not be sanctioned for failure to comply with Local Rule 10(e)(8) and the
6 "Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement" entered in each
7 of these matters. Plaintiffs shall immediately deliver a paper copy of the motion and all
8 supporting documents, with tabs or other organizing aids as necessary and clearly marked with
9 the words "Courtesy Copy of Electronic Filing for Chambers," to the Clerk's Office.

    Dated this 26th day of July, 2011.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge